128 A.3d 1201

Harold HOWARD, Appellant

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT
OF TRANSPORTATION, Appellee.

Supreme Court of Pennsylvania.

Dec. 21, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2015, the order of the Commonwealth Court is **AFFIRMED.**